# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-1512 JVS (AJWx) | Date | February 8, 2010 |
| Title | Bryant D. Griffin v. Toyota Motor Credit et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

      The Court has reviewed the file in the above referenced matter and notes that on December 17, 2009 Judge Cooper issued an Minute Order for additional documentation, i.e. the plaintiff was to file a copy of the file-stamped fist page of the relevant Bankruptcy Petition with the Court not later than January 6, 2010.

      In light of the transfer of this action this Court ORDERS plaintiff to file the documentation indicated above by February 19, 2010.   Failure to comply with the Court's Order will result in the dismissal of this action.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |