JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Bryant D. Griffin, | ) | CV 09-01512-JVS(AJWx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| Toyota Motor Credit, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having issued an Order to Show Cause on February 8, 2010 regarding documentation of a Bankruptcy Petition filed by plaintiff in this matter, and no response having been filed as of todays date,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:   March 1, 2010

_____
James V. Selna
United States District Judge